**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

13 JUN -4 PM 3:54

| UNITED STATES OF AMERICA, | CASE NO. **13CR0978-JLS** |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CHRISTOPHER WILLIAM PIKE (1), | |
| Defendant. | |



DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

18 USC §2252(a)(2) - Distribution of images of minors engaged in sexually explicit conduct.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 31, 2013

Janis L. Sammartino
U.S. District Judge